STATE OF MAINE
PENOBSCOT, SS.

SUPERIOR COURT
CIVIL ACTION
Docket No. CV-06-6

Gloria Clifford,
    Plaintiff

v.

Decision and Judgment

FILED & ENTERED
SUPERIOR COURT
JUN 21 2006
PENOBSCOT COUNTY

Cues Inc. d/b/a Russell's
Entertainment Complex,
    Defendant

Hearing on damages was held on June 9, 2006. The plaintiff appeared with counsel. The defendant, against which a default was entered previously, was given notice but did not appear.

Gloria Clifford sustained personal injury while on the defendant's premises, which is a nightclub-type establishment. Present there as a business invitee, she was dancing and fell through an opening on the floor. As a result of the fall, she suffered displacement and fracture of three ribs and a bruised lung. She also sustained less significant injuries to her side, back, a hand and an arm. She received medical treatment from her primary care physician and at Eastern Maine Medical Center. Because of the nature of her injuries, little affirmative treatment is available, and she mostly had to wait for the passage of time to allow her injuries to heal. The resulting pain was considerable, and she was forced to limit her activities, which had included homemaking and caring for her three children. Over time, she did heal and became correspondingly more active. Clifford missed six weeks of work. When she returned, she was placed on light duty but gradually resumed her pre-injury responsibilities.

Clifford sustained special damages. Her lost wages amounted to approximately $3,300, and she incurred medical bills of roughly $775.

1

Based on the evidence, the court awards Clifford total damages of $15,000.[1]

The entry shall be:

For the foregoing reasons, judgment is entered for the plaintiff in the amount of $15,000, plus pre-judgment interest at the annual rate of 7.36% and post-judgment interest at the annual rate of 10.36%. The plaintiff is also awarded her costs of court.

Dated: June 16, 2006

Justice, Maine Superior Court
Jeffrey L. Hjelm

---

[1] The court declines to assess damages on the basis of multiples that may be used in the context of settlement negotiations.

GLORIA CLIFFORD VS CUES INC D/B/A RUSSELL'S ENTERTAINMENT COMPLEX
UTN:AOCSsr  -2006-0003160                    CASE #:BANSC-CV-2006-00006
-----------------------------------------------------------------------------
GLORIA CLIFFORD                                           PL
ATTY DALTON, CHRISTOPHER L.   Tel# (207) 945-4774
ATTY ADDR:50 COLUMBIA ST, SUITE 85 BANGOR ME 04401-6331

CUES INC                                                  DEF

MAIL ADDR:C/O SARAH ZMISTOWSKI CLERK P O BOX 1210 BANGOR ME 04402


M=More, Space = Exit:M

Select the EXIT KEY for page selection line.